```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 14554
    JAMES WRONA
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-6665


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 08/13/2007 and was not confirmed.

    The case was dismissed without confirmation 10/29/2007.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
------------------------------------------------------------------------------
MTGLQ INVESTORS LP          SECURED NOT I         .00           .00           .00
MTGLQ INVESTORS LP          SECURED NOT I         .00           .00           .00
CAPITAL ONE                 UNSECURED         1355.75           .00           .00
CAPITAL ONE                 UNSECURED         1403.39           .00           .00
ASSET ACCEPTANCE LLC        UNSECURED        19588.34           .00           .00
GREENTREE                   CURRENT MORTG        .00            .00           .00
GREENTREE                   MORTGAGE ARRE   30000.00            .00           .00
COOK COUNTY TREASURER       SECURED          1663.96            .00           .00
CINGULAR                    NOTICE ONLY     NOT FILED           .00           .00
AFNI-BLOOM                  UNSECURED       NOT FILED           .00           .00
ARROW FINANCIAL SERVICES    UNSECURED       NOT FILED           .00           .00
ARROW FINANCIAL SERVICES    NOTICE ONLY     NOT FILED           .00           .00
FLEET CREDIT CARD           NOTICE ONLY     NOT FILED           .00           .00
BENEFICIAL HFC              NOTICE ONLY     NOT FILED           .00           .00
CBNA                        NOTICE ONLY     NOT FILED           .00           .00
CHRYSLER CREDIT             UNSECURED       NOT FILED           .00           .00
CITIBANK                    NOTICE ONLY     NOT FILED           .00           .00
CONSECO BC                  NOTICE ONLY     NOT FILED           .00           .00
CINGULAR                    UNSECURED       NOT FILED           .00           .00
GEN MOTORS ACCEPTANCE       NOTICE ONLY     NOT FILED           .00           .00
GEN MOTORS ACCEPTANCE       NOTICE ONLY     NOT FILED           .00           .00
GEMB/DISNEY                 NOTICE ONLY     NOT FILED           .00           .00
GEMB/HOME DEPOT             UNSECURED       NOT FILED           .00           .00
HFC                         NOTICE ONLY     NOT FILED           .00           .00
HFC                         NOTICE ONLY     NOT FILED           .00           .00
HFC                         NOTICE ONLY     NOT FILED           .00           .00
HSBC NV                     NOTICE ONLY     NOT FILED           .00           .00
HSBC/RHODE                  NOTICE ONLY     NOT FILED           .00           .00
HSBC/RHODE                  NOTICE ONLY     NOT FILED           .00           .00
LVNV FUNDING                UNSECURED       NOT FILED           .00           .00
LVNV FUNDING                NOTICE ONLY     NOT FILED           .00           .00
NISSAN MOTOR ACCEPTANCE     NOTICE ONLY     NOT FILED           .00           .00
OCWEN FEDERAL BANK          NOTICE ONLY     NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE    UNSECURED       NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE    NOTICE ONLY     NOT FILED           .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 14554 JAMES WRONA
```

```
PROVIDIAN FINANCIAL      NOTICE ONLY    NOT FILED              .00            .00
RCVL PER MNG             UNSECURED      NOT FILED              .00            .00
STUD FINANCE             NOTICE ONLY    NOT FILED              .00            .00
UNVL CITI                NOTICE ONLY    NOT FILED              .00            .00
B-REAL LLC               UNSECURED       3543.31               .00            .00
PRO SE DEBTOR            DEBTOR ATTY         .00                              .00
TOM VAUGHN               TRUSTEE                                              .00
DEBTOR REFUND            REFUND                                               .00

       Summary of Receipts and Disbursements:
 -------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
 -------------------------------------------------------------------------------
TRUSTEE                                 .00

PRIORITY                                                      .00
SECURED                                                       .00
UNSECURED                                                     .00
ADMINISTRATIVE                                                .00
TRUSTEE COMPENSATION                                          .00
DEBTOR REFUND                                                 .00
                                 ---------------         ---------------
TOTALS                                  .00                   .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 01/22/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE